UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT MERTENS,<br><br>        Defendant/Petitioner. | Case No. 2:03-cr-00073-EJL<br>              2:09-cv-00503-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREE** that Defendant/Petitioner take nothing from the Plaintiff and the civil case associated with this matter is **DISMISSED IN ITS ENTIRETY**.

DATED: **November 16, 2011**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1